MARK PETRASICH
322 JAMAICA DR
OCEAN SPRINGS, MS 39564

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CHIMEFINAL
ATTN: BANKRUPTCY
PO BOX 417
SAN FRANCISCO, CA 94104

CITIBANK
P.O.BOX 790046
ST. LOUIS, MO 63179

GENESIS CREDIT
ATTN: BANKRUPTCY DEPT
PO BOX 3630
EVERETT, WA 98213

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

NAVY FCU
ATTN: BANKRUPTCY
P.O.BOX 3000
MERRIFIELD, VA 22119

NAVY FCU
PO BOX 3700
MERRIFIELD, VA 22119

RC WILLEY HOME
ATTN: BANKRUPTCY
PO BOX 65320
SALT LAKE CITY, UT 84165

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001