Certificate Number: 12433-MSS-DE-041548039

Bankruptcy Case Number: 26-51617

12433-MSS-DE-041548039

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 11, 2026, at 4:36 o'clock PM PDT, Mark Petrasich completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: October 12, 2026

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher